1486

## MOTION DOCKET

**01–614. Krihwan Pontiac–GMC Truck, Inc. v. Gen. Motors Corp.**
Franklin App. No. 01AP–317. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's motion and amended motion for immediate stay of court of appeals' judgment entry,

IT IS ORDERED by the court that the motion and amended motion for immediate stay of court of appeals' judgment entry be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**01–454. Hughes v. Calabrese.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion to dismiss and on determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

F.E. SWEENEY, J., would grant an alternative writ staying Part 1A of the trial court's temporary restraining order.

DOUGLAS, J., not participating.

*Friday, April 6, 2001*

## MOTION DOCKET

**01–253. State v. Bryan.**
Cuyahoga C.P. No. CR393660. This cause is pending before the court as an appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to June 4, 2001.